## 33066. PURCELL v. PURCELL.

PER CURIAM.

The law pertaining to this case is controlled by our decision in *Matthews v. Matthews*, 238 Ga. 201 (232 SE2d 76) (1977), and the judge of the trial court was correct in so holding. See also *Moore v. Moore*, 240 Ga. 751 (1978).

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 10, 1978 — DECIDED JANUARY 24, 1978.

*Albert H. Dallas, Samuel A. Fowler, Jr., Wyck A. Knox, Jr.,* for appellant.

*Martha Miller,* for appellee.